IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
PACIFIC GAS AND ELECTRIC CO,            No   C-01-3023 VRW

        Plaintiff,                           ORDER

        v

LORETTA M LYNCH et al,

        Defendants.
                                    /
```

In light of the Ninth Circuit's recent decision vacating this court's judgment with instructions to dismiss this case as moot, Doc #290, the court DISMISSES this case as moot. The clerk is DIRECTED to close the file and TERMINATE all motions.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge